DANIEL J. BRODERICK, Bar #89424
Federal Defender
CARO MARKS, Bar #159267
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone: (916) 498-5700

Attorney for Defendant
HUGO GARCIA-MORALES

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, </br></br>          Plaintiff, </br></br>     v. </br></br> HUGO GARCIA-MORALES, </br></br>          Defendant. | NO. 2:09-CR-00275-MCE </br></br> **STIPULATION AND ORDER;** </br> **CONTINUING STATUS CONFERENCE** </br> **AND EXCLUDING TIME** </br></br> Date: September 6, 2011 </br> Time: 10:30 a.m. </br> Judge: Hon. Morrison C. England Jr. |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, MICHELE BECKWITH, Assistant United States Attorney, attorney for Plaintiff, and CARO MARKS, attorney for HUGO GARCIA-MORALES, that the status conference hearing date of September 1, 2011 be vacated, and the matter be set for status conference on September 6, 2011 at 10:30 a.m.

The reason for this continuance is to allow the defense time to review the PSR and plea agreement with the defendant.

///

///

///

///

1   Based upon the foregoing, the parties agree that the time under
2 the Speedy Trial Act should be excluded from the date of signing of
3 this order through and including September 6, 2011 pursuant to 18
4 U.S.C. §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and Local
5 Code T4 based upon continuity of counsel and defense preparation.

6
7   DATED: September 1, 2011.                    Respectfully submitted,

                                                 DANIEL J. BRODERICK
8                                                Federal Public Defender
9

10                                               /s/ Caro Marks
                                                 CARO MARKS
11                                               Designated Counsel for Service
                                                 Attorney for Hugo Garcia-Morales
12

13  DATED: September 1, 2011.                    BENJAMIN WAGNER
                                                 United States Attorney
14
15
                                                 /s/ Caro Marks for
16                                               MICHELE BECKWITH
                                                 Assistant U.S. Attorney
17                                               Attorney for Plaintiff

2

1                                    ORDER

2    UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is
3    ordered that the September 1, 2011, status conference hearing be
4    continued to September 6, 2011, at 10:30 a.m.  Based on the
5    representation of defense counsel and good cause appearing there from,
6    the Court hereby finds that the failure to grant a continuance in this
7    case would deny defense counsel reasonable time necessary for effective
8    preparation, taking into account the exercise of due diligence.  The
9    Court finds that the ends of justice to be served by granting a
10   continuance outweigh the best interests of the public and the defendant
11   in a speedy trial.  It is ordered that time up to and including the
12   September 6, 2011 status conference shall be excluded from computation
13   of time within which the trial of this matter must be commenced under
14   the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv)
15   and Local Code T-4, to allow defense counsel reasonable time to
16   prepare.

17    Dated: September 1, 2011

18
19   _____
20   MORRISON C. ENGLAND, JR.
     UNITED STATES DISTRICT JUDGE