```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  MICHELE BECKWITH
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California 95814
 4  Telephone: (916) 554-2700
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:09-cr-00275-MCE |
| Plaintiff, | |
| v. | ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME |
| HUGO GARCIA-MORALES, | |
| Defendant. | |

The parties request that the status conference in this case previously set for July 28, 2011, be continued to September 1, 2011 at 9:00 a.m. They stipulate that the time between July 28, 2011, and September 1, 2011 should be excluded from the calculation of time under the Speedy Trial Act. As set forth in the memorandum filed by the Probation Office, additional time is needed for the preparation of a pre-plea report, which will assist the parties' preparation of this case and their assessment of various issues in the case.

///

///

1

1 | The parties stipulate that the ends of justice are served by the
2 | Court excluding such time, so that counsel may have reasonable
3 | time necessary for effective preparation, taking into account the
4 | exercise of due diligence.  18 U.S.C. § 3161(h)(7)(B)(iv).   The
5 | parties stipulate and agree that the interests of justice served
6 | by granting this continuance outweigh the best interests of the
7 | public and the defendant in a speedy trial.   18 U.S.C.
8 | §(7)(B)(iv).

9 | Dated:  August 1, 2011            Respectfully submitted,
10 |                                     BENJAMIN B. WAGNER
                                        United States Attorney
11 |
12 |                                     */s/ Michele Beckwith*
                                    By: Michele Beckwith
13 |                                     Assistant U.S. Attorney
14 | Dated: August 1, 2011
15 |                                     */s/ Caro Marks*
                                        CARO MARKS
16 |                                     Attorney for Defendant
17 |
18 | ////
19 |
20 | ////
21 |
22 | ////
23 |
24 | ////
25 |
26 | ///
27 |
28 | ////

2

**ORDER**

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the status conference previously set for July 28, 2011, be continued to September 1, 2011, at 9:00 a.m.  Based on the representations of counsel and good cause appearing therefrom, the Court hereby finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.  It is ordered that time from July 28, 2011, to and including, the September 1, 2011, status conference shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T-4.

Dated: September 9, 2011

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE